

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2020

No. 04-19-00806-CV

**IN THE INTEREST OF A.M.M., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02711
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

This is an accelerated appeal of the order terminating appellant S.A.M.'s parental rights to her child. On November 22, 2019, the trial court appointed Mr. Shawn Sheffield as appellate counsel for S.A.M. S.A.M.'s brief was due on January 2, 2020. *See* TEX. R. APP. P. 38.6(a). To date, S.A.M. has not filed a brief or a motion for extension of time to file her brief.

Because "involuntary termination of parental rights involves fundamental constitutional rights," *Holick v. Smith*, 685 S.W.2d 18, 20 (Tex. 1985) (internal quotation marks omitted); *accord In re J.F.C.*, 96 S.W.3d 256, 302 (Tex. 2002), we look to the abandonment procedures for criminal cases for guidance in this circumstance. *See, e.g.*, TEX. R. APP. P. 38.8(b); *see also* TEX. FAM. CODE ANN. § 107.013 (West 2014) (requiring the trial court to appoint counsel to represent an indigent parent in a parental termination case); *In re K.S.M.*, 61 S.W.3d 632, 633 (Tex. App.—Tyler 2001, no pet.) ("Like indigent criminal appellants, indigent appellants challenging an order terminating their parental rights enjoy a right to counsel on appeal.").

It is therefore ORDERED that S.A.M.'s appointed appellate counsel, Mr. Shawn Sheffield, must respond to this court in writing no later than January 17, 2020. The response should state a reasonable explanation for failing to timely file S.A.M.'s brief. It is further ORDERED that Mr. Sheffield must file S.A.M.'s brief in this appeal no later than January 24, 2020. **If the brief is not filed by such date, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Mr. Sheffield for failing to timely file S.A.M.'s brief.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court